

ACCEPTED
15-25-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 9:41 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 9:41:31 AM
CHRISTOPHER A. PRINE
Clerk

11000 Richmond Ave Suite 350
Houston, TX 77042
(713) 223-7699
(512) 691-9072

7000 North Mopac, Suite 355
Austin, TX 78731
(512) 296-2115
(512) 691-9072

May 9, 2025

**VIA E-SERVICE:**
Mr. Mark Miller
201 Caroline Street, 9th Floor
Houston, TX 77002

RE: **Cause No. 2024-78536**; *In Re Heiliger, et al. v. TDI-DWC, et al.,* pending in the 11th District Court of Harris County, Texas.

RE: **15-25-00061-CV**; *Okonkwo v. Heiliger, et al.,* pending in the 15th Court of Appeals, Austin, Texas

Dear Mr. Miller :

Aftre reviewing the Reporter's Record filed in the above-referenced appellate matter, I believe it is incomplete. While the record submitted contains the transcript for the hearing that took place on March 21, 2025, it does not appear to contain the exhibits that were offered and entered into the record at the hearing on March 21, 2025, by Appellee. Appelle respectfully requests that you prepare a Supplemental Reporter's Record to include Petitioner's exhibits A-K from the March 21, 2025 hearing that were delivered to the Court and the Parties via USB drive, and entered into evidence during the hearing, for transmission to the Fifteenth Court of Appeals.

Please let us know if you have any questions or need any additional information.

Sincerely,

MCBRYDE FRANCO, PLLC

*/s/ Russell Morris*
Russell Morris
State Bar No. 24099150
McBryde Franco PLLC
11000 Richmond Avenue,
Ste 350
Houston, Texas 77042
Telephone: (713) 223-7699
serv.russell@mf-txlaw.com
ATTORNEY FOR APPELLEE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shauna O'Brien on behalf of Russell Morris
Bar No. 24099150
shauna@mf-txlaw.com
Envelope ID: 100636007
Filing Code Description: Letter
Filing Description: Letter to the Court
Status as of 5/9/2025 9:46 AM CST

Associated Case Party: Francisca Okonkwo, ALJ, TDI-DWC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 5/9/2025 9:41:31 AM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 5/9/2025 9:41:31 AM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 5/9/2025 9:41:31 AM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 5/9/2025 9:41:31 AM | SENT |

Associated Case Party: Fort Bend County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lisa Teachey | 24056416 | lteachey@dgplawfirm.com | 5/9/2025 9:41:31 AM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 5/9/2025 9:41:31 AM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 5/9/2025 9:41:31 AM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 5/9/2025 9:41:31 AM | SENT |

Associated Case Party: JoshuaDavidHeiliger

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 5/9/2025 9:41:31 AM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 5/9/2025 9:41:31 AM | SENT |
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 5/9/2025 9:41:31 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 5/9/2025 9:41:31 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shauna O'Brien on behalf of Russell Morris
Bar No. 24099150
shauna@mf-txlaw.com
Envelope ID: 100636007
Filing Code Description: Letter
Filing Description: Letter to the Court
Status as of 5/9/2025 9:46 AM CST

Associated Case Party: Greater Houston Psychiatric Associates, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laverne Chang | 783819 | chang@cardwellchang.com | 5/9/2025 9:41:31 AM | SENT |
| Suzan Cardwell | | cardwell@cardwellchang.com | 5/9/2025 9:41:31 AM | SENT |